1  James S. Blackburn (State Bar No. 169134)
   ARNOLD & PORTER LLP
2  777 South Figueroa Street, 44th Floor
   Los Angeles, California 90017-5844
3  Telephone: (213) 243-4000
   Facsimile: (213) 243-4199
4
5  Joel M. Freed (admitted *pro hac vice*)
   McDERMOTT WILL & EMERY LLP
6  600 Thirteenth Street, N.W.
   Washington, D.C. 20005-3096
7  Telephone: (202) 756-8000
   Facsimile: (202) 756-8087
8
9  Joseph A. Micallef (admitted *pro hac vice*)
   ARNOLD & PORTER LLP
10 555 Twelfth Street, N.W.
   Washington, D.C. 20004-1206
11 Telephone: (202) 942-5000
   Facsimile: (202) 942-5999
12 Attorneys for Dell Inc.

**ORIGINAL FILED**

2006 DEC -6 PM 2:28

CLERK US [illegible]
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA  BY FAX

| | |
|---|---|
| LUCENT TECHNOLOGIES INC., | Case No. 03-CV-1108 B (CAB) |
|   Plaintiff, counterclaim defendant, | Master Case No. 02-CV-2060 B (CAB) |
| v. | **DELL INC.'S REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-2 AND [PROPOSED] ORDER THEREON** |
| DELL INC. | |
|   Defendant, counterclaim plaintiff. | Judge Rudi M. Brewster |
| | Hearing: January 8, 2007, 9:00 a.m.<br>Location: Courtroom 2, 4th Floor |

1    Pursuant to CivLR 79-2, Defendant Dell Inc. ("Dell") hereby requests and Order sealing the following documents filed with the Court in connection with the Motion of Dell Inc. for Summary Judgment on the Asserted Claims of U.S. Patent No. 4,701,954 to Atal:

1. Memorandum of Points and Authorities in Support of Motion of Dell Inc. for Summary Judgment on the Asserted Claims of U.S. Patent No. 4,701,954 to Atal ("the Atal Summary Judgment Motion"); and

2. Declaration of Joseph A. Micallef in Support of Motion of Dell Inc. for Summary Judgment on the Asserted Claim of U.S. Patent No. 4,701,954 to Atal ("the Micallef Declaration").

The Micallef Declaration attaches, and the Atal Summary Judgment Motion references, the following documents that have been designated as confidential or highly confidential by one of the parties pursuant to the Protective Orders entered by this Court in this action: (i) Expert Report of Professor Peter Kabal Regarding Infringement of U.S. Patents No. 4,701,954 and 4,910,781 (Exhibit G to the Micallef Declaration); (ii) Deposition Transcript of James Tierney (Exhibit I to the Micallef Declaration); (iii) Exhibit 6 from the deposition of James Tierney (Exhibit J to the Micallef Declaration); and (iv) Opening Expert Witness Report of Expert Report of Jerry Gibson, Ph.D. (Exhibit M to the Micallef Declaration).

Accordingly, Dell hereby respectfully applies, pursuant to Civil Local Rule 79-2, to file these documents under seal.

A proposed Order is attached to this Request.

Dated: December 4, 2006

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed

By: _____
Joseph A. Micallef
Attorney for Dell Inc.

- 1 -

CASE NO. 03-CV-1108 B (LAB) – MASTER CASE NO. 02 CV 2060 B (LAB)
DELL INC.'S REQUEST TO FILE UNDER SEAL AND [PROPOSED] ORDER THEREON

## ORDER

Having considered Dell's Request, and good cause appearing,

IT IS HEREBY ORDERED that the following documents are to be filed under seal: (1) Memorandum of Points and Authorities in Support of Motion of Dell Inc. for Summary Judgment on the Asserted Claims of U.S. Patent No. 4,701,954 to Atal and (2) Declaration of Joseph A. Micallef in Support of Motion of Dell Inc. for Summary Judgment on the Asserted Claim of U.S. Patent No. 4,701,954 to Atal.

**IT IS SO ORDERED.**

Dated: 12-6-06

Honorable Rudi M. Brewster
United States District Judge

Respectfully submitted by:

James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Attorneys for Dell Inc.

By: _____
Joseph A. Micallef

- 2 -

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of eighteen years, and I am not a party to the within action. My business address is 777 S. Figueroa Street, Suite 4400, Los Angeles, California 90017.

I HEREBY CERTIFY that on this 4th day of December 2006, a copy of the foregoing **DELL INC.'S REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-2 AND [PROPOSED] THEREON** in case no. 02-CV-2060, consolidated with 03-CV-0699 and 03-CV-1108, was served on counsel for Lucent Technologies Inc. as follows:

**Via Federal Express and Electronic Mail**

Alison P. Adema, SBN 149285
HAHN & ADEMA
501 West Broadway, Suite 1600
San Diego, California 92101-3595
Telephone: (619) 235-2100
Facsimile: (619) 235-2101
aadema@hahnadema.com

**Via Electronic Mail**

Robert A. Appleby
Jon T. Hohenthaner
KIRKLAND & ELLIS LLP
Citicorp Center
153 East 53rd Street
New York, NY 10022-4675
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
rappleby@kirkland.com
jhohenthaner@kirkland.com

- 1 -

Christopher S. Marchese
Roger Denning
FISH & RICHARDSON
4350 La Jolla Village Drive, Suite 500
San Diego, CA 92122
Telephone: (858) 678-5070
Facsimile: (858) 678-5099
marchese@fr.com
denning@fr.com

W. Bryan Farney
Jeffrey B. Plies
DECHERT LLP
106 E. Sixth Street, Suite 800
Austin, TX 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
bryan.farney@dechert.com
jeff.plies@dechert.com

By: _____
Leyla C. Cambel

- 2 -