| | |
|---|---|
| 1<br>2<br>3<br>4 | James S. Blackburn (State Bar No. 169134)<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California 90017-5844<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199 |

FILED
2006 DEC 26  PM 3:02

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY RM _____ DEPUTY

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Attorneys for Dell Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br><br>Plaintiff, counterclaim defendant,<br><br>v.<br><br>DELL INC.<br><br>Defendant, counterclaim plaintiff. | Case No. 03-CV-1108 B (CAB)<br>Master Case No. 02-CV-2060 B (CAB)<br><br>**DELL INC.'S REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-2 AND ORDER THEREON**<br><br>Honorable Rudi M. Brewster<br>Hrg. Date: ~~January 22~~ Feb. 26, 2006<br>Hrg. Time: 9:00 a.m.<br>Courtroom: 2 (Fourth Floor) |

1  Pursuant to CivLR 79-2, Defendant Dell Inc. ("Dell") hereby requests an order sealing the following documents filed with the Court in connection with the Motion of Dell Inc. for Leave to File Supplemental Answer:

1. Notice Of Motion And Motion For Leave To File Supplemental Answer; and
2. Declaration of James S. Blackburn in Support of Motion of Dell Inc. for Leave to File Supplemental Answer ("the Blackburn Declaration").

The Blackburn Declaration attaches, and the Motion For Leave To File Supplemental Answer references, the following documents that have been designated as confidential or highly confidential by one of the parties pursuant to the Protective Orders entered by this Court in this action: (i) Lucent's Confidential Letter Brief and Exhibits re Video Coding Patents, filed on December 11, 2006 (Exhibit 3 to the Blackburn Declaration), (ii) an excerpt from the Confidential Expert Report of Roger S. Smith Regarding Damages Issues Pertaining To Lucent Video Coding Patents, dated March 31, 2006 (Exhibit 6 to the Blackburn Declaration), and (iii) an excerpt from the confidential deposition of Dr. Kenneth Rubenstein, testifying as the corporate representative of MPEG LA, L.L.C. pursuant to Federal Rule of Civil Procedure 30(b)(6), which was taken on May 4, 2006 (Exhibit 8 to the Blackburn Declaration).

Accordingly, Dell hereby respectfully applies, pursuant to Civil Local Rule 79-2, to file these documents under seal.

A proposed Order is attached to this Request.

Dated: December 20, 2006

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed

By: /s/ James Blackburn
James S. Blackburn
Attorney for Dell Inc.

- 1 -

CASE NO. 03-CV-1108 B (LAB) – MASTER CASE NO. 02 CV 2060 B (LAB)
DELL INC.'S REQUEST TO FILE UNDER SEAL AND [PROPOSED] ORDER THEREON

[PROPOSED] ORDER

Having considered Dell's Request, and good cause appearing,

IT IS HEREBY ORDERED that the following documents are to be filed under seal: (1) Notice Of Motion And Motion For Leave To File Supplemental Answer and (2) Declaration of James S. Blackburn in Support of Motion of Dell Inc. for Leave to File Supplemental Answer.

**IT IS SO ORDERED.**

Dated: 12-26-06

Honorable Rudi M. Brewster
United States District Judge

Respectfully submitted by:

James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Joel M. Freed (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Attorneys for Dell Inc.

By: James S. Blackburn