| | |
|---|---|
| James S. Blackburn (State Bar No. 169134)<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California 90017-5844<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199 | FILED<br><br>07 JUL 16 AM 10:08<br><br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br><br>BY: _____ DEPUTY |

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Joel M. Freed (Admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for *Dell Inc.*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br><br>    Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>    Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervener and Counter-claimant, | Case No. 03-CV-1108 B (CAB)<br>Master Case No. 02-CV-2060 B (CAB)<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST TO WITHDRAW ATTORNEYS FOR DEFENDANT DELL INC. AND ORDER THEREON**<br><br>Judge Rudi M. Brewster |

```
 1  MICROSOFT CORPORATION,           )
                                     )
 2         Plaintiff and Counter-defendant,  )
                                     )
 3  v.                               )
                                     )
 4  LUCENT TECHNOLOGIES, INC.,       )
                                     )
 5         Defendant and Counter-claimant,  )
                                     )
 6  _____  )
                                     )
 7  LUCENT TECHNOLOGIES, INC.,       )
                                     )
 8         Plaintiff,                )
                                     )
 9  v.                               )
                                     )
10  DELL INC.,                       )
                                     )
11         Defendant.                )
                                     )
```

Dell Inc. ("Dell") hereby gives notice that attorneys Sidney A. Rosenzweig and Truc Nguyen, formerly of Arnold & Porter LLP, no longer serve as counsel for Dell in this action. Accordingly, Dell respectfully requests that they be withdrawn as attorneys for Dell and that their names be removed from the Court's service list for this matter. Arnold & Porter LLP remains counsel of record for Dell. A proposed Order is attached hereto.

Dated: July 12, 2007

By:    /s/ James S. Blackburn
      James S. Blackburn
      Arnold & Porter LLP

- 1 -

CASE NO. 03-CV-1108-B (CAB) - Master Case No. CASE NO. 02-CV-2060-B (CAB)
MISCELLANEOUS ADMINISTRATIVE REQUEST TO WITHDRAW ATTORNEYS
FOR DEFENDANT DELL INC. AND ORDER THEREON

## ORDER

Upon the request of Dell Inc. and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Sidney A. Rosenzweig and Truc Nguyen may withdraw as counsel for defendant Dell Inc.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall remove their names from the service list for this matter.

Dated: July 12, 2007

Honorable Rudi M. Brewster
United States Senior District Judge